HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
RUBEN ANTHONY DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00182 DAD-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | |
| RUBEN ANTHONY DIAZ, | DATE: April 23, 2018 |
| Defendant. | TIME: 10:00 a.m. |
| | JUDGE: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Kimberly A. Sanchez, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant Ruben Anthony Diaz, that the sentencing hearing now set for March 5, 2018 **be continued to April 23, 2018, at 10:00 a.m.**

Additional time is needed for defense preparation.

///

///

///

///

///

///

|   |   |
|---|---|
| Dated: January 23, 2018 | Respectfully submitted,<br><br>MCGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ *Kimberly A. Sanchez*<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff<br><br>HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: January 23, 2018 | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>RUBEN ANTHONY DIAZ |

## **O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing currently set for March 5, 2018 **be continued to April 23, 2018, at 10:00 a.m.**

IT IS SO ORDERED.

Dated: **January 23, 2018**

_____
UNITED STATES DISTRICT JUDGE