| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Counsel for Defendant |
| 6 | RUBEN ANTHONY DIAZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00182-DAD-BAM |
| *Plaintiff,* | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| RUBEN ANTHONY DIAZ, | |
| *Defendant.* | DATE: May 21, 2018<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Kimberly A. Sanchez, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant Ruben Anthony Diaz, that the sentencing hearing now set for April 23, 2018 **be continued to May 21, 2018, at 10:00 a.m.**

Defense requests this stipulation because it needs additional time to complete informal objections, which in turn necessitates an extension so that Probation may complete its work.

///

///

///

///

///

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Dated: April 3, 2018

/s/ *Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: April 3, 2018

/s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
RUBEN ANTHONY DIAZ

# O R D E R

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled April 23, 2018, is continued to **May 21, 2018, at 10:00 a.m.** in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **April 3, 2018**

UNITED STATES DISTRICT JUDGE