1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   RUBEN ANTHONY DIAZ
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No. 1:16-cr-00182-ADA-BAM

12              Plaintiff,                 **ORDER FOR RELEASE AND
                                           TRANSPORT TO WESTCARE**
13  vs.

14  RUBEN ANTHONY DIAZ,

15              Defendant.

16

17        IT IS HEREBY ORDERED that defendant Ruben Diaz (Fresno County Sheriff's JID

18  #7047798, Booking #2420091) shall be released from the Fresno County Jail on Tuesday, June

19  25, 2024 at 8:00 a.m. and immediately transported to WestCare, located at 611 E. Belmont Ave.,

20  Fresno, CA 93701, for intake and admission into the program. To ensure his safe and immediate

21  transport to WestCare, the Fresno County Jail will release Mr. Diaz to Kevin Mitchel from the

22  Federal Defender's Office, for immediate and direct transport to the WestCare.

23        Probation has informed counsel that WestCare is prepared for Mr. Diaz's arrival for

24  intake on Tuesday, June 25, 2024. While enrolled in the program, Mr. Diaz is ordered to

25  participate and remain in the program until he satisfies the requirements of the residential

26  program or until further order of this Court. During this time, Mr. Diaz will remain subject to all

27  terms and conditions of his supervised release previously ordered. If Mr. Diaz leaves the

28  program at any time prior to completing the program, or if he is terminated from the program for

any reason, he is ordered to immediately inform his probation officer and follow all instructions.

IT IS SO ORDERED.

Dated: __June 24, 2024__           /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

Diaz – Order for Release