IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-cr-00182-ADA-BAM |
| Plaintiff, | ORDER RECALL WARRANT |
| v. | |
| RUBEN ANTHONY DIAZ, | |
| Defendant. | |

IT IS HEREBY ORDERED that the no bail arrest warrant [Doc. 63] issued on 6/24/2024 is recalled forthwith.

IT IS SO ORDERED.

Dated: **June 24, 2024**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE